◼ BUNKER RAMO CORPORATION, Appellant, v TAX COMMISSION OF THE CITY OF NEW YORK, Respondent.—Order, Supreme Court, New York County, entered April 28, 1978 denying petitioner taxpayer's motion for summary judgment, is unanimously reversed, on the law, without costs and without disbursements, and the motion is granted and summary judgment is directed in favor of petitioner as demanded in the notice of motion dated February 8, 1978. This case is indistinguishable from *Quotron Systems v Irizarry* (66 AD2d 687), in which this court affirmed the grant of summary judgment in favor of the taxpayer. Concur—Kupferman, J. P., Sandler, Lane, Markewich and Silverman, JJ.

◼ LOUIS J. BOLLO v STANDARD AIRCRAFT EQUIPMENT COMPANY, INC.— Motion granted only insofar as to modify the order of this court, entered on November 30, 1978 [65 AD2d 961] so as to provide that the judgment so appealed from is affirmed, without costs and without disbursements, except that the costs of reproducing the record and the cost of the transcript shall be borne equally by the parties. Concur—Kupferman, J. P., Birns, Sandler and Markewich, JJ.

(January 26, 1979)

◼ In the Matter of ADELA HOLZER, Petitioner, v RICHARD G. DENZER et al., Respondents. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ADELA HOLZER, Also Known as ADELA LA FORA, Appellant.—Application pursuant to CPLR article 78 in the nature of a writ of mandamus, unanimously denied, the motion and the cross motion granted and the appeal and the petition dismissed, without costs and without disbursements. No opinion. Concur—Kupferman, J. P., Fein, Markewich, Silverman and Yesawich, JJ.

(January 30, 1979)

◼ GEORGE T. BACALAKIS, Appellant, v PACIFIC MARINE CORPORATION (DELAWARE) et al., Respondents.—Judgment, Supreme Court, New York County, entered on April 27, 1978, unanimously affirmed for the reasons stated by Kirschenbaum, J., at Special Term, without costs and without disbursements. Concur—Kupferman, J. P., Birns, Evans, Markewich and Lupiano, JJ.